```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00133-CKD |
|---|---|
| Plaintiff, | ) ORDER CONTINUING ARRAIGNMENT |
| v. | ) Date:   May 31, 2012 |
| NYKIEM JONES, | ) Time:   9:30 a.m. |
| | ) Judge:  Hon. Carolyn K. Delaney |
| Defendant. | ) |

It is hereby ordered that the arraignment currently scheduled for May 31, 2012 at 9:30 a.m. be reset to June 28, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE