BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00133-CKD |
| Plaintiff, | ORDER CONTINUING ARRAIGNMENT AND SETTING CHANGE OF PLEA |
| v. | Date:     July 12, 2012 |
| NYKIEM JONES, | Time:     9:30 a.m. |
| Defendant. | Judge:   Hon. Carolyn K. Delaney |

It is hereby ordered that the arraignment currently scheduled for June 28, 2012, at 9:30 a.m. be continued to July 12, 2012, at 9:30 a.m., and a change of plea be set for July 12, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE