```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    MICHAEL BENSON
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700
6

7
    Attorney for Defendant
8   NYKIEM JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-133-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| NYKIEM JONES, | ) Date: July 12 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. Carolyn K. Delaney |

For good cause, pursuant to Fed.R.Crimp.P. 43(b)(2) the defendant, NYKIEM JONES, will be permitted to waive his personal appearance at his change of plea on July 12, 2012 at 9:30 a.m. before this Court and shall appear telephonically.

////

////

////

1  IT IS SO ORDERED.
2
3
4  Dated:   7/10/12                              /s/Carolyn K. Delaney
                                                 HON. CAROLYN K. DELANEY
5                                                United States Magistrate Judge

Order                             -2-